52 F.3d 316
 Richard Roe, by Jane Roe, Parent
v.
Scranton-Lackawanna Human Development Agency, Sam Ceccacci,
Assistant Director, Scranton-Lackawanna Human Development
Agency, Fred Lettieri, Director, Scranton-Lackawanna Human
Development Agency, Elaine Yanulavich, Thomas M., John M.,
by Their Parents Jack M. and Joan M. v. Scranton-Lackawanna
Human Development Agency, Sam Ceccacci, Assistant Director,
Fred Lettieri, Elaine Yanulavich
 NO. 94-7518
 United States Court of Appeals,
Third Circuit.
 Mar 15, 1995
 
 Appeal From: M.D.Pa., No. 92-753,
 Conaboy, J.
 
 
 1
 AFFIRMED.